# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## FINAL JUDGMENT

July 21, 2026

*Before*

**KENNETH F. RIPPLE**, *Circuit Judge*
**MICHAEL Y. SCUDDER**, *Circuit Judge*
**AMY J. ST. EVE**, *Circuit Judge*

|  |  |
|---|---|
| No. 25-2935 | ALYSSA SCHUKAR and SCOTT OLSON, <br> Plaintiffs - Appellants <br><br> v. <br><br> KENOSHA COUNTY, et al., <br> Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:23-cv-00880-JPS <br> Eastern District of Wisconsin <br> District Judge J. P. Stadtmueller |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)